STATE of Missouri, Respondent,

v.

**Cheryl J. BURFIEND, Appellant.**

No. WD 49346.

Missouri Court of Appeals,
Western District.

Dec. 20, 1994.

Richard A. Euler, Asst. Public Defender, St. Joseph, for appellant.

Dwight K. Scroggins, Pros. Atty., Laura B. Donaldson, Asst. Pros. Atty., Buchanan County, St. Joseph, for appellee.

Before ULRICH, P.J., and KENNEDY and BERREY, JJ.

*PER CURIAM.*

### ORDER

Defendant appeals from her conviction and one year county jail sentence for possession of marijuana. Section 195.202, RSMo Cum. Supp.1993.

The judgment of conviction is affirmed. Rule 30.25(b).

---

**Becky Marie KILGORE, Respondent,**

v.

**James Edward KILGORE, Appellant.**

No. WD 49040.

Missouri Court of Appeals,
Western District.

Dec. 20, 1994.

Lloyd P. Koelker, Kansas City, for appellant.

Linda L. Sherman, Crouch, Spangler & Douglas, Harrisonville, for respondent.

Before ULRICH, P.J., and KENNEDY and BERREY, JJ.

### ORDER

PER CURIAM:

Appeal by father from child custody provisions of dissolution of marriage decree.

Judgment affirmed. Rule 84.16(b).